UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                      **ECF CASE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| | ) | **FOR ELECTRONIC NOTIFICATION** |
| v. | ) | |
| | ) | **08-MAG-1457** |
| | ) | |
| RICHIE SEUPERSAD | ) | |

TO:   Clerk of Court
        United States District Court
        Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        IRA D. LONDON
                                        Attorney for the Defendant


                                        By:    //s//
                                             Ira D. London
                                             Attorney for the Defendant
                                             (212)683-8000
                                             iradlondon@aol.com

TO: Counsel by (ECF)