UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                             ECF CASE

UNITED STATES OF AMERICA    )
                            )   **AMENDED NOTICE OF APPEARANCE**
                            )   **AND REQUEST FOR ELECTRONIC**
                            )   **NOTIFICATION**
        v.                  )
                            )   **08-MAG-1457**
                            )
RICHIE SEUPERSAD            )
_____

TO:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    IRA D. LONDON
                                    Attorney for the Defendant


                                    By:    //s//
                                          Ira D. London
                                          Attorney for the Defendant
                                          245 Fifth Avenue, Suite 200
                                          New York, NY 10016
                                          (212)683-8000
                                          iradlondon@aol.com

TO: Counsel by (ECF)