UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **AMENDED NOTICE OF APPEARANCE** |
| ) | **AND REQUEST FOR ELECTRONIC** |
| ) | **NOTIFICATION** |
| v.        ) | |
| ) | **08-MAG-1457** |
| ) | |
| RICHIE SEUPERSAD  ) | |

_____

TO:   Clerk of Court
       United States District Court
       Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                                   Respectfully submitted,

                                   IRA D. LONDON
                                   Attorney for the Defendant


                                   By: _____//s//_____
                                        Ira D. London
                                        Attorney for the Defendant
                                        245 Fifth Avenue, Suite 1900
                                        New York, NY 10016
                                        (212)683-8000
                                        iradlondon@aol.com
                                        avrom@mindspring.com


TO: Counsel by (ECF)